**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LARRY JONES,<br>Plaintiff,<br>v.<br>FS/KKR ADVISOR, LLC,<br>Defendant.<br>-and-<br>FS KKR CAPITAL CORP.<br>Nominal Defendant. | Case No. 1:26-cv-02593-JKB |

**MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF NEW YORK**

Defendant FS/KKR Advisor, LLC and Nominal Defendant FS KKR Capital Corp. (together, "Defendants"), by its undersigned attorneys and pursuant to 28 U.S.C. § 1404(a), hereby move to transfer venue to the Southern District of New York.

The grounds for the instant motion are contained in the supporting Memorandum of Law filed herewith and incorporated by reference herein.

WHEREFORE, for the reasons stated herein and those contained in the supporting Memorandum of Law, this action should be transferred to the United States District Court for the Southern District of New York.

Dated: September 22, 2026

Respectfully Submitted,

*/s/*

Philip M. Andrews (Bar No. 00078)
Justin A. Redd (Bar No. 18614)
KRAMON & GRAHAM, P.A.
750 E. Pratt Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Fax: (410) 539-1269
jredd@kg-law.com
pandrews@kg-law.com

Andrew Rossman (pro hac vice *forthcoming*)
Luke Nikas (pro hac vice *forthcoming*)
Leigha Empson (pro hac vice *forthcoming*)
Brenna Nelinson (pro hac vice *forthcoming*)
Sasha Boutilier (pro hac vice *forthcoming*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
andrewrossman@quinnemanuel.com
lukenikas@quinnemanuel.com
leighaempson@quinnemanuel.com
brennanelinson@quinnemanuel.com
sashaboutilier@quinnemanuel.com

*Attorneys for Defendants*